UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI

IN RE: )
Arthur K. Friskel, ) Case No. 95-41635
) (Chapter 7)
)
**DEBTOR** )

APPLICATION FOR ORDER DIRECTING PAYMENT
OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO
11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ.

Bank of America, N.A. successor to First National Bank of St. Louis (the "Claimant") a claimant in the captioned case respectfully requests as follows:

1. Claimant was a creditor of the Debtor and was due to receive and the trustee did, in fact, make a distribution from the estate to the Claimant in the amount of approximately $1,062.90. The Claimant was not located and the funds of the Claimant were paid into the Court pursuant to 11 U.S.C. § 347.

2. Pursuant to 11 U.S.C. § 347 and chapter 129 of title 28, United States Code, the Claimant requests that the Court issue an order directing payment to the Claimant and that payment be made in care of the party set forth below.

WHEREFORE, Claimant requests that the Court issue an order directing payment of all funds held by the Court for the Claimant in this case and for such further and other relief as is just and appropriate.

Bank of America, N.A. successor to First National Bank of St. Louis

By: *Nancy C. McMillan*
Nancy C. McMillan
American Property Locators, Inc.
3855 South Boulevard, Suite 200
Edmond, OK 73013
(405) 340-4900

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

In re: Arthur K. Friskel

Case No: 95-41635

Chapter 7

## AFFIDAVIT OF CREDITOR

Bank of America, N.A. successor to First National Bank of St. Louis, the undersigned creditor in the above referenced case declare as follows:

1. Nancy C. McMillan of American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013, has been granted a power of attorney by Bank of America, N.A. successor to First National Bank of St. Louis to submit an Application for Order Directing Payment of Funds to Creditor/Claimant seeking payment of funds owing Bank of America, N.A. successor to First National Bank of St. Louis as a creditor in the above referenced bankruptcy case.

2. My name, position with the company, address and telephone number are as follows:

Karen Hartford-Polk
Assistant Vice President
Bank of America, N.A.
NC1-021-03-40
401 N Tryon Street
Charlotte, NC 28255

3. Bank of America, N.A. successor to First National Bank of St. Louis has neither previously received remittance for this claim nor has contracted with any other party other than the person named in item one above to recover these funds.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Date: January 7, 2011

Bank of America, N.A. successor to First National Bank of St. Louis

By: *Karen Hartford-Polk*
Karen Hartford-Polk
Tax ID# xx-xxx7665

ACKNOWLEDGMENT

STATE OF NORTH CAROLINA )

COUNTY OF MECKLENBURG )

Before me, the undersigned a Notary Public, in and for said County and State on this 7 day of January, 2011, personally appeared Karen Hartford Polk to me known to be the identical person who subscribed his/her name to the foregoing instrument, as its Recovery Officer and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
3/29/2014

*Notary Public*

[Seal: Kristen A. Yaroma, Notary Public, Mecklenburg Co., NC]

# LIMITED POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that I,

**Karen Hartford Polk, Assistant Vice President of Bank of America Corporation ("Bank of America")**, acting on behalf of Bank of America hereby appoint Nancy C. McMillan of **American Property Locators, Inc.**, in the person of one of its principal officers, as Bank of America's lawful attorney-in-fact to seek recovery of the undistributed, unclaimed, or undelivered tenders of funds of:

**Bank of America, N.A. successor to First National Bank of St. Louis in the amount of $1,062.90**

held by the United States, by a state, or by an agency or instrumentality of either, hereby revoking all previous powers of attorney in this regard to whomever granted.

Bank of America further grants the attorney authority to do whatever is necessary and proper to recover the aforementioned unclaimed funds only, as fully as it might or could do if acting through its own officers or agents, hereby confirming all that the attorney shall lawfully do or cause to be done. Nevertheless, the attorney shall have no authority to incur any financial obligation or to make any expenditure on behalf of Bank of America, other than an expenditure payable from any sums recovered by virtue of the attorney's actions.

In construing this instrument where the context so requires, the singular includes the plural. This Power of Attorney shall expire 180 days from the date hereof or upon collection of the aforementioned unclaimed funds, if earlier, unless otherwise extended by an amendment which is attached hereto.

Signed this 7 day of January, 2011.

**Bank of America Corporation**

Karen Hartford Polk
Assistant Vice President

Federal Taxpayer ID 94-1687665

State of North Carolina County of Mecklenburg Date: January 7, 2011.

The above-named Karen Hartford Polk, known to me to be the individual described in [and holding the position designated in the foregoing instrument, appeared before me and acknowledged the execution thereof to be his/her free act and deed.

Before me: _____
Notary Public

(Notary Seal) KRISTEN A. YAROMA
Notary Public
MECKLENBURG CO., NC

My commission expires: 3/28/2014



Karen Hartford Polk
Assistant Vice President
Recovery Solutions
Recovery Officer

Tel: 704.387.5985 · Fax: 704.388.2475
karen.a.hartford@bankofamerica.com

Bank of America, NC1-023-15-01
525 North Tryon Street, Charlotte, NC 28255



# National Information Center
A repository of financial data and institution characteristics collected by the Federal Reserve System

**Institution History for** NORTH BROADWAY BRANCH (179858)

7 institution history record(s) found.                    < Previous  Page 1   Next >

| Event Date | Historical Event |
|---|---|
| 1959-12-31 | FIRST NATIONAL BANK IN ST LOUIS located at 510 LOCUST STREET, SAINT LOUIS, MO was established as a National Bank. |
| 1982-01-04 | FIRST NATIONAL BANK IN ST LOUIS was **renamed** to CENTERRE BANK NATIONAL ASSOCIATION. |
| 1982-04-26 | CENTERRE BANK NATIONAL ASSOCIATION **moved** to ONE CENTERRE PLAZA SAINT LOUIS, MO. |
| 1986-02-06 | CENTERRE BANK NATIONAL ASSOCIATION was **acquired** by CENTERRE BANK NATIONAL ASSOCIATION. |
| 1986-02-06 | CENTERRE BANK NATIONAL ASSOCIATION was **renamed** to CENTERRE PLAZA BRANCH and **became** a branch of CENTERRE BANK NATIONAL ASSOCIATION. |
| 1989-04-03 | CENTERRE PLAZA BRANCH was **renamed** to NORTH BROADWAY BRANCH and **moved** to 100 NORTH BROADWAY SAINT LOUIS, MO. |
| 1989-09-01 | Institution is **closed**. |

Page 1 of 1

NIC Home  |  FAQ  |  Help  |  Contact Us



## National Information Center
A repository of financial data and institution characteristics collected by the Federal Reserve System

| NIC Home | Institution Search | USBA Search | Top 50 BHCs | BHCPR Peer Reports |
| --- | --- | --- | --- | --- |
| FAQ | | | | |

**Institution History for** CENTERRE BANK NATIONAL ASSOCIATION (178253)

4 institution history record(s) found.                                    < Previous  Page 1   Next >

| Event Date | Historical Event |
| --- | --- |
| 1982-05-24 | CENTERRE BANK OF SOUTH COUNTY, NATIONAL ASSOCIATION located at 6300 SOUTH LINDBERGH, SAINT LOUIS, MO was established as a National Bank. |
| 1986-02-06 | CENTERRE BANK OF SOUTH COUNTY, NATIONAL ASSOCIATION was **renamed** to CENTERRE BANK NATIONAL ASSOCIATION and **moved** to 6300 SOUTH LINDBERGH BOULEVARD SAINT LOUIS, MO. |
| 1988-12-09 | CENTERRE BANK NATIONAL ASSOCIATION **moved** to SAINT LOUIS, MO. |
| 1989-04-03 | CENTERRE BANK NATIONAL ASSOCIATION was **acquired** by BOATMEN'S NATIONAL BANK OF ST. LOUIS, THE. |

Page 1 of 1

NIC Home | FAQ | Help | Contact Us

FFIEC home | Federal Reserve Board home

Accessibility | Disclaimer | Privacy Policy

# National Information Center

A repository of financial data and institution characteristics collected by the Federal Reserve System

| NIC Home | Institution Search | USBA Search | Top 50 BHCs | BHCPR Peer Reports |
| FAQ |
| Institution History |

You asked for:
**FIRST NATIONAL BANK IN ST LOUIS**

This institution has closed (see Institution History). The last available information is:
**NORTH BROADWAY BRANCH**
100 NORTH BROADWAY
SAINT LOUIS, MO, UNITED STATES 63102

Institution Type: Domestic Branch of a Domestic Bank
RSSD ID: 179858
Head Office: SAINT LOUIS MAIN BRANCH

**Financial Data**

Financial statements for this institution type are not available.

NIC Home | FAQ | Help | Contact Us



FFIEC home | Federal Reserve Board home

Accessibility | Disclaimer | Privacy Policy

# National Information Center
A repository of financial data and institution characteristics collected by the Federal Reserve System

| NIC Home | Institution Search | USBA Search | Top 50 BHCs | BHCPR Peer Reports |

| FAQ |

| Institution History |

This institution has closed (see Institution History). The last available information is:

**SAINT LOUIS MAIN BRANCH**
ONE BOATMEN'S PLAZA
SAINT LOUIS, MO, UNITED STATES 63101

Institution Type: Domestic Branch of a Domestic Bank
RSSD ID: 350152
Head Office: BANK OF AMERICA, NATIONAL ASSOCIATION

## Financial Data

Financial statements for this institution type are not available.

## CERTIFICATE OF MAILING

      I hereby certify that on January 20, 2011 I have mailed a true and correct copy of the foregoing APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ. to:

United States Attorney
Attn: Civil Process Clerk
Thomas F. Eagleton U.S. Courthouse
111 South 10th St., 20th FL
St. Louis, MO 63102

_____
Nancy C. McMillan